# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., | CASE NO. 1:11-cv-01538-BAM PC |
| Plaintiff, | ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT |
| v. | (ECF No. 14) |
| J. YALE, | |
| Defendant. | |

Plaintiff James Cato, Jr. ("Griffin") is a state prisoner proceeding pro se in this civil rights action. Plaintiff originally filed his complaint on September 13, 2011. (ECF No. 1.) On March 6, 2013, Plaintiff filed a motion for leave to file a first amended complaint. (ECF No. 14.) Plaintiff also filed a first amended complaint. (ECF No. 15.)

At this stage of the action, Plaintiff has the right to amend his complaint once as a matter of course without leave of court. Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motion to file a first amended complaint is GRANTED. As the first amended complaint was filed on March 6, 2013, no further action is required with regard to the instant motion.

IT IS SO ORDERED.

Dated:   March 11, 2013                     /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE